No. 9781.   JACK E. CARTEE, PETITIONER AND APPELLANT, *v.* JOHN A. ISAACSON, Justice of the Peace, Great Falls Township, Cascade County, Montana, et al., RESPONDENTS.

317 Pac. (2d) 315.

Decided November 6, 1957.

*L. R. Bretz,* Great Falls, for Appellant.

*R. V. Bottomly,* Great Falls, for Respondent.

Per Curiam.

The motion to dismiss the appeal herein is hereby granted, and said appeal is hereby dismissed.   See State ex rel. Aho v. Justice Court of Laurel Township, 131 Mont. 585, 313 Pac. (2d) 542.